IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-105-BO

| | |
|---|---|
| DARYL K. GIBSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CORNING INCORPORATED, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

This matter is before the Court on plaintiff's remaining motions [DE 48, 49, 50, 52]. As

the Court granted defendants' motion for summary judgment in its entirety, plaintiff's motions

are DENIED AS MOOT. The Clerk is directed to close the case.

So ordered, this __**13**__ day of April, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE