UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Daryl K. Gibson, ) | |
|           Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Corning, Inc., Mario Scarletto, Bill Kerns, ) | No. 5:14-CV-105-BO |
| Keith Howel, Jim Enos, Cadena McPearson, ) | |
| Annia M. Allgretto, Larry Sutton, ) | |
| ) | |
|           Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' Motion for Summary Judgment [DE 34] is GRANTED. Plaintiff's Motion for Summary Judgment [DE 26] and all remaining motions [DE 37, 38, 39, 40, 44, 45] are DENIED AS MOOT.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that as the Court granted defendants' motion for summary judgment in its entirety, plaintiff's remaining motions [DE 48, 49, 50, 52]
are DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on April 14, 2015, and served on:**

Robin E. Shea (via CM/ECF Notice of Electronic Filing)
Terry A. Clark (via CM/ECF Notice of Electronic Filing)
Daryl K. Gibson (via US Mail at 944 Bonham Avenue, Apartment 2, Wilmington, NC 28403)

April 14, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk